# EXHIBIT B

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296−33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| COMEY, MAURENE R | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | 07/16/2025 |

## FIRST ACTION / SECOND ACTION

| 5−A. Code | 5−B. Nature of Action | 6−A. Code | 6−B. Nature of Action |
|---|---|---|---|
| 330 | REMOVAL | | |
| **5−C. Code** | **5−D. Legal Authority** | **6−C. Code** | **6−D. Legal Authority** |
| ZLM | ART II CONSTITUTION | | |
| **5−E. Code** | **5−F. Legal Authority** | **6−E. Code** | **6−F. Legal Authority** |
| | | | |

**7. FROM: Position Title and Number**
ASST US ATTY
90156947  P0CRM8

**15. TO: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AD | 0905 | 29 | 00 | ▮▮▮ | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | .00 | | .00 | | .00 |

**14. Name and Location of Position's Organization**
NEW YORK, SOUTHERN
CRIMINAL DIVISION

**22. Name and Location of Position's Organization**
JL
DJ JA5420233000000000   PP 14 2025

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1−None  2−5−Point  3−10−Point/Disability  4−10−Point/Compensable  5−10−Point/Other  6−10−Point/Compensable/30% | 1 — 0−None  1−Permanent  2−Conditional  3−Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part−Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS (FRAE) | ▮▮▮ | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1−Competitive Service  2−Excepted Service  3−SES General  4−SES Career Reserved | E — E−Exempt  N−Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City − County − State or Overseas Location) |
|---|---|
| 36-4170-061 | NEW YORK   NEW YORK   NY |

| 40. Agency Data | 41. SEX: F | 42. CITZ: 1 | 43. VET STAT: X | 44. ED LV:15 YR:13 INST PRG:220101 |
|---|---|---|---|---|

**45. Remarks**
YOU MAY HAVE A RIGHT TO FILE AN APPEAL OF THIS REMOVAL WITH THE
U.S. MERIT SYSTEMS PROTECTION BOARD (MSPB) WITHIN 30 DAYS OF THE
EFFECTIVE DATE OF THE REMOVAL ACTION. FOR MORE INFORMATION ON HOW TO
FILE AN APPEAL WITH THE MSPB, PLEASE VISIT WWW.MSPB.GOV.
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE
ELIGIBLE TO CONVERT TO INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE
ALSO ELIGIBLE FOR TEMP CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO
18 MTHS
FORWARDING ADDRESS ▮▮▮▮▮▮▮▮▮▮▮

LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
REASON(S) FOR REMOVAL: ARTICLE II OF THE CONSTITUTION.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | ELECTRONICALLY SIGNED BY: |
| **47. Agency Code**  DJ09  **48. Personnel Office ID**  4427  **49. Approval Date**  07/16/2025 | MAYRA J. CAMPOS  HUMAN RESOURCE OFFICER |