AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MAURENE COMEY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-7625 |
| UNITED STATES DEPARTMENT OF JUSTICE et al ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Maurene Comey.

Date: 09/15/2025

/s/ Deepa Vanamali
*Attorney's signature*

Deepa Vanamali (5409966)
*Printed name and bar number*

Clarick Gueron Reisbaum LLP
41 Madison Avenue, Floor 23
New York, NY 10010

*Address*

dvanamali@cgr-law.com
*E-mail address*

(212) 633-4310
*Telephone number*

(646) 478-9484
*FAX number*