**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAURENE COMEY,

                Plaintiff,

    v.

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

        and

EXECUTIVE OFFICE OF THE PRESIDENT
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

        and

FRANCEY HAKES
in her official capacity as the Director of the Executive
Office for United States Attorneys
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

        and

PAMELA J. BONDI
in her official capacity as Attorney General of the
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

        and

EXECUTIVE OFFICE FOR UNITED STATES
ATTORNEYS
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

        and

OFFICE OF PERSONNEL MANAGEMENT
1900 E Street, NW
Washington, D.C. 20415

        and

Civil Action No: 25-cv-7625 (JMF)

**CERTIFICATE OF SERVICE**

1

THE UNITED STATES OF AMERICA
Washington, D.C. 20500,

                Defendants.

I, Ellen Blain, a partner at Clarick Gueron Reisbaum LLP, attorney for Plaintiff in this action, hereby declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that:

1.    On September 16, 2025, counsel for Plaintiff contacted the United States Attorney's Office for the Southern District of New York by email and inquired whether that office would accept service of the Complaint by email. The Chief of the SDNY Civil Division responded that it was not yet clear which component of the Department of Justice would be handling this matter and that he would provide an update when he had further information.

2.    On September 19, 2025, counsel for Plaintiff requested an update; the Civil Division Chief again responded that he had no information to share at the time and thus could not accept service.

3.    As a result, and consistent with Federal Rule of Civil Procedure 4(i), I caused to be served on all defendants a copy of the summons, complaint, and civil coversheet by certified mail on the next business day, September 22, 2025.

4.    Pursuant to this Court's Order and Notice of Initial Pretrial Conference, dated September 17, 2025 (ECF 20, "the Order"), I also caused to be served on all defendants a copy of the Order as well as this Court's Individual Rules and Practices.

Dated: September 22, 2025

                                                                          /s/ Ellen Blain
                                                                          Ellen Blain