UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MAURENE COMEY,                                                          :
:
                           Plaintiff,                         :                    25-CV-7625 (JMF)
:
                        -v-                                   :                         ORDER
:
UNITED STATES DEPARTMENT OF JUSTICE, et al.,  :
:
                        Defendants.                         :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the fact that Defendants have until November 21, 2025, to respond to the Complaint, *see* ECF No. 21 (reporting that Defendants were served on September 22, 2025); Fed. R. Civ. P. 12(a)(2) (providing that "[t]he United States, a United States agency, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint . . . within 60 days after service on the United States attorney"), the initial pretrial conference in this matter is hereby ADJOURNED to **December 4, 2025**, at **3:15 p.m.**  Moreover, the conference is hereby converted to an **in-person** conference in **Courtroom 24B** of the **Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street**, New York, NY.  Counsel are reminded that, per the Court's earlier Scheduling Order, they must submit their proposed case management plan and joint letter by the **Thursday prior to the conference**.

       Because counsel has not yet appeared on behalf of Defendants, Plaintiff shall, no later than **November 5, 2025**, serve a copy of this Order on the Civil Division of the United States Attorney's Office for the Southern District of New York by email addressed to jeffrey.oestericher@usdoj.gov and file proof of such service.  The Civil Division of the United States Attorney's Office for the Southern District of New York shall then promptly share the Order with whatever component of the Department of Justice will handle this matter.  *See* ECF No. 21, ¶ 1.  The Court notes that the Chief Judge's October 2, 2025 Standing Order staying certain cases pending the restoration of Department of Justice funding, *see In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, 25-MC-433 (LTS), ECF No. 3, applies only to "civil cases . . . in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record."  Accordingly, it does not apply to this case at this time — and will not apply to the case in the (perhaps likely) event that a different component of the Department of Justice enters an appearance on behalf of Defendants.

       SO ORDERED.

Dated: November 3, 2025
       New York, New York

                                                                              JESSE M. FURMAN
                                                                   United States District Judge