**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAURENE COMEY,

                Plaintiff,

    v.

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

       and

EXECUTIVE OFFICE OF THE PRESIDENT
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

       and

FRANCEY HAKES
in her official capacity as the Director of the Executive Office for United States Attorneys
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

       and

PAMELA J. BONDI
in her official capacity as Attorney General of the
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

       and

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

       and

OFFICE OF PERSONNEL MANAGEMENT
1900 E Street, NW
Washington, D.C, 20415

       and

Civil Action No: 25-cv-7625 (JMF)

**CERTIFICATE OF SERVICE**

1

THE UNITED STATES OF AMERICA
Washington, D.C. 20500,

                Defendants.

      I, Ellen Blain, a partner at Clarick Gueron Reisbaum LLP, attorney for Plaintiff in this action, hereby declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that:

      1.     Pursuant to this Court's Order, dated November 3, 2025 (ECF 22, "the Order"), I caused the Order to be served upon the Civil Division of the United States Attorney's Office for the Southern District of New York, by email to jeffrey.oestericher@usdoj.gov, on today's date.

Dated: November 4, 2025

                                                     */s/ Ellen Blain*
                                                     Ellen Blain