# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURENE COMEY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE OF THE PRESIDENT; FRANCEY HAKES, in her official capacity as the Director of the Executive Office for United States Attorneys; PAMELA J. BONDI, in her official capacity as Attorney General of the United States Department of Justice; EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS; OFFICE OF PERSONNEL MANAGEMENT; and UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendants. | Civil Action No.<br>1:25-cv-07625 (JMF)<br><br>Honorable Jesse M. Furman<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

　　　Please enter my appearance on behalf of all Defendants in this action. I certify that I am admitted to this Court, and have been appointed to represent the above-named defendant under the authority conferred by 28 U.S.C. § 515.

Dated: November 13, 2025

　　　　　　　　　　　　　　　　　　　　　JOHN A. SARCONE III
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　　Northern District of New York

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Karen Folster Lesperance
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　*Acting Under Authority Conferred*
　　　　　　　　　　　　　　　　　　　　　　　*by 28 U.S.C. §515*
　　　　　　　　　　　　　　　　　　　　　James T. Foley U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　　445 Broadway, Room 218
　　　　　　　　　　　　　　　　　　　　　Albany, NY  12207-2924
　　　　　　　　　　　　　　　　　　　　　Telephone: (518) 431-0247
　　　　　　　　　　　　　　　　　　　　　karen.lesperance@usdoj.gov