

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0386*
*Albany, New York 12207-2924*

November 13, 2025

The Honorable Jesse M. Furman
United States District Court Judge
Daniel Patrick Moynihan United
    States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Comey v. United States Department of Justice*, No. 25-cv-7625 (JMF)

Dear Judge Furman:

I write to request an adjournment until December 15, 2025, of the government's deadline to respond to the complaint in the above-captioned matter. The current deadline is November 21, 2025.

On October 31, 2025, the Acting United States Attorney for the Northern District of New York agreed to accept reassignment of this matter upon recusal of the United States Attorney's Office for the Southern District of New York. While we are working diligently to familiarize ourselves with this matter and prepare the government's response, additional time is needed to draft an anticipated motion to dismiss and consult with Department officials as necessary. Additionally, most of our civil division only returned to the office today after having been furloughed since October 1 because of the lapse in appropriations to the Department of Justice.

I have consulted with counsel for Plaintiff, who consents to the requested adjournment conditioned upon a jointly agreed-upon briefing schedule on the government's anticipated motion to dismiss. Accordingly, the parties request the following schedule: Defendant will file its answer or move to dismiss by December 15, 2025; Plaintiff will respond to any such motion by February 4, 2026; and Defendant will file its reply, if any, by February 18, 2026.

The government further requests that the initial pretrial conference in this matter, currently scheduled for December 4, 2025, be adjourned accordingly. The government anticipates that its motion to dismiss will include a challenge to this Court's subject matter jurisdiction. As such, the government will likely request that discovery be stayed and the conference postponed until the motion is decided. Plaintiff opposes both of these latter requests and has asked that I inform the Court that it believes discovery should proceed while any motion to dismiss is pending and that Plaintiff's counsel is available for an initial conference at the Court's earliest convenience.

Thank you for your consideration of this matter.

Letter to Jesse M. Furman
*Comey v. United States Department of Justice*
No. 25-cv-7625 (JMF)
November 13, 2025
Page 2

                                                Respectfully Submitted,

                                                JOHN A SARCONE III
                                                Acting United States Attorney
                                                Northern District of New York

By:         */s/ Karen Folster Lesperance*
                                                Karen Folster Lesperance
                                                Chief, Civil Division
                                                    *Acting Under Authority Conferred by*
                                                    *28 U.S.C. § 515*