UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MAURENE COMEY,                                                     :
:
                                  Plaintiff,              :        25-CV-7625 (JMF)
:
             -v-                                           :        ORDER
:
UNITED STATES DEPARTMENT OF JUSTICE, et al.,                       :
:
                               Defendants.             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Thanksgiving, the deadline for the parties to file their proposed case management plan and joint letter is ADJOURNED to **Monday, December 1, 2025**. As previously ordered, the initial conference will be held **in-person** in **Courtroom 24B** of the **Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street**, New York, NY on **December 4, 2025**, at **3:15 p.m.** The parties should be prepared to discuss, among other things, (1) a briefing schedule for Defendants' anticipated motion to dismiss and (2) whether discovery should proceed or be stayed pending a ruling on that anticipated motion.

       SO ORDERED.

Dated: November 24, 2025
       New York, New York
                                                         JESSE M. FURMAN
                                                          United States District Judge