AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Maurene Comey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-7625 (JMF) |
| Department of Justice, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff, Maurene Comey.

Date:    11/25/2025

*Attorney's signature*

Margaret Donovan, SDNY Bar No. 5053731
*Printed name and bar number*

Koskoff, Koskoff & Bieder, PC
350 Fairfield Ave., Ste. 501
Bridgeport, CT 06604
*Address*

mdonovan@koskoff.com
*E-mail address*

(203) 336-4421
*Telephone number*

(203) 368-3244
*FAX number*