UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURENE COMEY,<br><br>                              Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE OF THE PRESIDENT; FRANCEY HAKES, in her official capacity as the Director of the Executive Office for United States Attorneys; PAMELA J. BONDI, in her official capacity as Attorney General of the United States Department of Justice; EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS; OFFICE OF PERSONNEL MANAGEMENT; and UNITED STATES OF AMERICA,<br><br>                             Defendants. | Civil Action No.<br>1:25-cv-07625 (JMF)<br><br>Honorable Jesse M. Furman |

**NOTICE OF MOTION**

Defendant hereby moves to dismiss this case for a lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Filed herewith in support of the motion are Defendants' memorandum of law in support of their motion, and a declaration of AUSA Karen Folster Lesperance with Exhibits 1-6.

Pursuant to the Honorable Jesse M. Furman's Individual Rules and Practices at ¶ (4)(E), no appearances on the motion are required unless otherwise directed by the Court. Papers in opposition and reply are to be filed in accordance with this Court's Order dated December 5, 2025 (Dkt. #30).

Dated: December 15, 2025

                                      TODD BLANCHE
                                      Deputy Attorney General

                                      JOHN A. SARCONE III
                                      Acting United States Attorney
                                      Northern District of New York

By:    /s/ Karen Folster Lesperance
                                      Karen Folster Lesperance
                                      Assistant United States Attorney
                                      *Acting Under Authority Conferred*
                                          *by 28 U.S.C. §515*
                                      James T. Foley U.S. Courthouse
                                      445 Broadway, Room 218
                                      Albany, NY  12207-2924
                                      Telephone: (518) 431-0247
                                      karen.lesperance@usdoj.gov