UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURENE COMEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE OF THE PRESIDENT; FRANCEY HAKES, in her official capacity as the Director of the Executive Office for United States Attorneys; PAMELA J. BONDI, in her official capacity as Attorney General of the United States Department of Justice; EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS; OFFICE OF PERSONNEL MANAGEMENT; and UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendants. | **DECLARATION OF KAREN FOLSTER LESPERANCE**<br><br>Civil Action No. 1:25-cv-07625 (JMF)<br><br>Honorable Jesse M. Furman |

Karen Folster Lesperance declares under the pains and penalties of perjury pursuant to 28 U.S.C. § 1746, that:

1. I am an Assistant United States Attorney in the United States Attorneys' Office for the Northern District of New York, which represents Defendants in this case. I submit this Declaration in support of Defendants' motion to dismiss for lack of subject matter jurisdiction.

2. Attached hereto as Exhibit 1 is a true and accurate copy of Maurene Comey's appeal to the Merit Systems Protection Board (MSPB), dated August 14, 2025.

3. Attached hereto as Exhibit 2 is a true and accurate copy of an Acknowledgement Notice issued by the MSPB's Washington Regional Office, dated August 15, 2025.

4. Attached hereto as Exhibit 3 is a true and accurate copy of *U.S. Merit Systems Protection Board: Frequently Asked Questions about the Lack of Quorum Period and Restoration of the Full Board*, updated November 14, 2025, available at: https://www.mspb.gov/FAQs%20Absence%20of%20Board%20Quorum%2011-14-25.pdf.

5. Attached hereto as Exhibit 4 is a true and accurate copy of an Order to Show Cause issued by MSPB Chief Administrative Judge Jeremiah Cassidy, dated November 26, 2025.

6. Attached hereto as Exhibit 5 is a true and accurate copy of the Agency's Response to Order to Show Cause, dated December 1, 2025.

7. Attached hereto as Exhibit 6 is a true and accurate copy of Maurene Comey's Response to Order to Show Cause and Opposition to Dismissal Without Prejudice, dated December 1, 2025.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief. Signed this 15th day of December 2025.

_____
Karen Folster Lesperance