# Exhibit 2

**UNITED STATES OF AMERICA**
**MERIT SYSTEMS PROTECTION BOARD**
**WASHINGTON REGIONAL OFFICE**

| | |
|---|---|
| MAURENE R COMEY,<br>        Appellant, | DOCKET NUMBER<br>PH-0752-25-1814-I-1 |
| v. | |
| DEPARTMENT OF JUSTICE,<br>        Agency. | DATE: August 15, 2025 |

**ACKNOWLEDGMENT NOTICE**

This notice acknowledges receipt of the above-captioned appeal. Due to the potential for receipt of appeals from the same agency with the same or similar issues, this appeal may be considered as part of a consolidation. *See* 5 C.F.R. § 1201.36. The parties are informed that they will be contacted with instructions concerning the adjudication of this appeal once the Board confirms the composition of any consolidation. **Parties should not contact this office at this time.**

Detailed information on the procedures that will apply when this case is reached for adjudication is in the Board's regulations at 5 C.F.R. part 1201, which may be accessed in law libraries, some large public libraries, and at the Board's website (http://www.mspb.gov). Note that an Administrative Judge may waive any regulation not required by law.

**MANDATORY E-FILING**

The Board requires all pleadings filed by agency representatives and attorneys who represent appellants in Board proceedings to be electronically filed (e-filed) using the Board's e-Appeal system at https://e-appeal.mspb.gov/. This requirement applies to all pleadings in all adjudicatory proceedings before the Board unless specifically excluded by 5 C.F.R. § 1201.14(d). Agency

representatives and attorneys representing appellants in Board proceedings must register with e-Appeal as e-filers. For additional instructions on e-filing, visit the e-Appeal Information Hub (https://www.mspb.gov/e-appeal/index.htm) and review the Board's regulations at 5 C.F.R. § 1201.14. The Board strongly encourages all parties to register as e-filers to assure quicker and more efficient service of all pleadings and orders. The parties may register on the Board's e-Appeal site (https://e-appeal.mspb.gov). A designation of representative form can also be found on the Board's website and must be submitted by any represented party.

*Jeremiah Cassidy*

FOR THE BOARD:    _____
                              Jeremiah Cassidy
                              Chief Administrative Judge
                              Washington Regional Office
                              1901 S. Bell Street, Suite 950
                              Arlington, VA 22202
                              Phone:  (703) 756-6250
                              Fax:     (703) 756-7112
                              V/TDD

CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

<u>Appellant</u>

U.S. Mail

Maurene Comey
C/O Clarick Gueron Reisbaum LLp
41 Madison Avenue, Floor 23
New York, New York 10010

<u>Appellant Representative</u>

Electronic Service

Clarick Reisbaum
Served on email address registered with MSPB

<u>Agency Representative</u>

Electronic Service

Neil White
Served on email address registered with MSPB

| 08/15/2025 | *Jeremy Meyers* |
|---|---|
| (Date) | Jeremy Meyers |
| | Supervisory Paralegal Specialist |