# Exhibit 4

# UNITED STATES OF AMERICA
# MERIT SYSTEMS PROTECTION BOARD
# WASHINGTON REGIONAL OFFICE

| | |
|---|---|
| MAURENE R COMEY,<br>    Appellant, | DOCKET NUMBER<br>PH-0752-25-1814-I-1 |
| v. | |
| DEPARTMENT OF JUSTICE,<br>    Agency. | DATE: November 26, 2025 |

## ORDER TO SHOW CAUSE

This appeal involves a challenge to the agency's action removing the appellant from Federal service. The appellant contends that, as an "employee" as defined by chapter 75 of Title 5 with a right to appeal a removal to the Board, the agency was required to provide the appellant with notice and an opportunity to respond before effecting the action but did not do so. Thus, the appellant argues that the removal action must be reversed. The agency contends the appellant was not entitled to notice or an opportunity to respond with regard to the removal, because the agency head is authorized by Article II of the Constitution to appoint and remove such individuals without restriction.

On August 22, 2025, the Board's Washington Regional Office issued initial decisions in two separate appeals, *Megan Jackler v. Department of Justice*, MSPB Docket No. DA-0752-25-0330-I-1, and *Brandon Jaroch v. Department of Justice*, MSPB Docket No. DA-0752-25-0328-I-1. Those decisions concluded that the Board had jurisdiction over the appeals, the appellants were entitled to (and did not receive) due process, and the Board lacks authority to decide the agency's challenge to the constitutionality of the removal protections afforded by chapter 75 of Title 5. On September 26, 2025, the agency filed petitions for review of those

2

initial decisions. Thus, the dispositive issues in this appeal are pending before the Board in *Jackler* and *Jaroch*.

The Board's regulations provide that a dismissal without prejudice is a procedural option that allows for the dismissal and subsequent refiling of an appeal. 5 C.F.R. § 1201.29. The decision to grant a dismissal without prejudice is "committed to the sound discretion of the judge" and "may be granted on the judge's own motion or upon request by either party" based on a finding that any prejudice is outweighed by the interests of fairness, due process, and administrative efficiency. *Id.*

Here, it appears that good cause exists to dismiss this appeal without prejudice to refiling in the interests of administrative efficiency. 5 C.F.R. § 1201.29. As noted above, the record demonstrates that a potentially dispositive issue in this appeal is pending before the Board in those petitions for review, and the Board's decisions in the petitions may control the outcome of this appeal.

I **ORDER** the parties to show cause why this appeal should not be dismissed without prejudice pending the resolution of those petitions, subject to automatic refiling by the Board 6 months from date this appeal is dismissed. Any response from the parties must be **received** no later than **5 calendar days** from the date of this Order. Absent any response, I will dismiss this appeal without prejudice thereafter.

FOR THE BOARD:                    *Jeremiah Cassidy*
                                  _____
                                  Jeremiah Cassidy
                                  Chief Administrative Judge

CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

### Appellant

| | |
|---|---|
| U.S. Mail | Maurene Comey<br>C/O Clarick Gueron Reisbaum LLp<br>41 Madison Avenue, Floor 23<br>New York, New York 10010 |

### Appellant Representative

| | |
|---|---|
| Electronic Service | Ellen Blain<br>Served on email address registered with MSPB |

### Agency Representative

| | |
|---|---|
| Electronic Service | Neil White<br>Served on email address registered with MSPB |

11/26/2025
(Date)

*Jeremy Meyers*
Jeremy Meyers
Supervisory Paralegal Specialist