# Exhibit 5

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
WASHINGTON REGIONAL OFFICE

| | | |
|---|---|---|
| MAURENE COMEY, | ) | DOCKET NUMBER: |
| Appellant, | ) | PH-0752-25-1814-I-1 |
| | ) | |
| v. | ) | Chief Administrative Judge Cassidy |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| Agency. | ) | Date: December 1, 2025 |

## AGENCY'S RESPONSE TO ORDER TO SHOW CAUSE

The Agency respectfully submits the following response to the Chief Administrative Judge's (CAJ) Order to Show Cause, dated November 26, 2025:

The Agency agrees with the CAJ that dismissal of the instant appeal without prejudice to refiling will save judicial and party resources and increase the efficient resolution of the matter. Given that the dispositive issues in the *Jackler* and *Jaroch* appeals will likely have some bearing on the CAJ's adjudication of the instant matter, the Agency believes that dismissal without prejudice is an appropriate procedural step. *See, e.g., Milner v. Dep't of Justice*, 87 M.S.P.R. 660, ¶ 13 (2001) (noting dismissal without prejudice is appropriate "in order to avoid a lengthy or indefinite continuance"); *Gidwani v. Dep't of Veterans Affairs*, 74 M.S.P.R. 509, 511 (1997) ("It is well settled that dismissal of an appeal without prejudice is a procedural option that is committed to the sound discretion of the administrative judge.") (citations omitted).

Respectfully submitted,

/s/ _____
Jay Macklin
General Counsel
Executive Office for U.S. Attorneys
U.S. Department of Justice

1

# Certificate of Service

e-Appeal has handled service of the assembled pleading to MSPB and the following Parties.

| Name & Address | Documents | Method of Service |
| --- | --- | --- |
| MSPB: Washington Regional Office | Response to 11 26 2025 Order to Show Cause | e-Appeal |
| Amandolare, Sahar | Response to 11 26 2025 Order to Show Cause | e-Appeal |
| Blain, Ellen | Response to 11 26 2025 Order to Show Cause | e-Appeal |
| White, Neil | Response to 11 26 2025 Order to Show Cause | e-Appeal |

I agree to send a printed copy of the electronic pleading with attachments to all parties by the end of next business day, as follows:

| Name & Address | Documents | Method of Service |
| --- | --- | --- |
| Comey, Maurene<br><br>C/O Clarick Gueron Reisbaum LLp New York, New York 10010 United States of America | Response to 11 26 2025 Order to Show Cause | US Mail |