**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAURENE COMEY,<br><br>                              Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE OF THE PRESIDENT; FRANCEY HAKES in her official capacity as the Director of the Executive Office for United States Attorneys; PAMELA J. BONDI, in her official capacity as Attorney General of the United States Department of Justice; EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS; OFFICE OF PERSONNEL MANAGEMENT; and THE UNITED STATES OF AMERICA,<br><br>                              Defendants. | Civil Action No: 25-cv-07625<br><br>Hon. Jesse M. Furman<br><br>**DECLARATION OF ELLEN BLAIN IN SUPPORT OF MAURENE COMEY'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Ellen Blain, declare under penalty of perjury that the following is true and correct:

1.      I am a partner at the law firm Clarick Gueron Reisbaum LLP, attorneys for plaintiff Maurene Comey, in the above-captioned matter.  I am licensed in the State of New York and admitted to practice before this Court.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Department of Homeland Security's initial motion to dismiss in *Comans v. Department of Homeland Security*, MSPB Docket No. DC-0752-25-1783-I-1 ("*Comans*"), filed on April 25, 2025 ("*Comans* 4/25 MTD").

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Department of Homeland Security's revised motion to dismiss filed in *Comans* on September 26, 2025 ("*Comans* 9/26 Br.").

1

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Chief Administrative Judge's initial decision in *Jaroch v. Department of* Justice, MSPB Docket No. DA-0752-25-0328-I-1 ("*Jaroch*"), dated August 22, 2025 ("*Jaroch* Decision").

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Chief Administrative Judge's initial decision in *Jackler v. Department of Justice,* MSPB Docket No. DA-0752-25-0330-I-1 (*"Jackler"*), dated August 22, 2025 ("*Jackler* Decision").

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Department of Justice's petition for review filed in *Jackler* on September 26, 2025 (*"Jackler* DOJ PFR").

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Department of Justice's "motion for leave to file additional pleading and alternative motion to remand" in *Jackler*, dated September 27, 2025 ("*Jackler* DOJ PFR Supp.").

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Office of Personnel Management's brief regarding merit principles, filed in *Jackler* on May 30, 2025 ("*Jackler* OPM Br.").

Dated: January 15, 2026　　　　　　　　　　　　　　　*/s/ Ellen Blain*
　　　　New York, New York　　　　　　　　　　　　　Ellen Blain

2