UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURENE COMEY,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE OF THE PRESIDENT; FRANCEY HAKES, in her official capacity as the Director of the Executive Office for United States Attorneys; PAMELA J. BONDI, in her official capacity as Attorney General of the United States Department of Justice; EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS; OFFICE OF PERSONNEL MANAGEMENT; and UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Civil Action No.<br>1:25-cv-07625 (JMF)<br><br>Hon. Jesse M. Furman |

**~~PROPOSED~~ ORDER**

Upon consideration of proposed *amici curiae* Justice Connection and Michael Feinberg's unopposed Motion for Leave to File an *Amici Curiae* Brief in Support of Plaintiff's Opposition to the Defendants' Motion to Dismiss, it is hereby ORDERED that *amici curiae* Justice Connection and Michael Feinberg's Motion is GRANTED. The Clerk of Court is directed to terminate ECF No. 40.

**SO ORDERED.**

Dated: January 20, 2026

_____
HON. JESSE M. FURMAN
United States District Judge