**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAURENE COMEY,

                                     Plaintiff,

           v.

UNITED STATES DEPARTMENT OF JUSTICE;
EXECUTIVE OFFICE OF THE PRESIDENT;
FRANCEY HAKES in her official capacity as the
Director of the Executive Office for United States
Attorneys; PAMELA J. BONDI, in her official
capacity as Attorney General of the United States
Department of Justice; EXECUTIVE OFFICE FOR
UNITED STATES ATTORNEYS; OFFICE OF
PERSONNEL MANAGEMENT; and THE UNITED
STATES OF AMERICA,

                                     Defendants.

Civil Action No: 25-cv-07625

Hon. Jesse M. Furman

**[PROPOSED] ORDER**

Upon consideration of proposed *amicus curiae* Lawyers Defending American

Democracy's unopposed Motion for Leave to File an *Amicus Curiae* Brief in Support of

Plaintiff's Opposition to the Defendants' Motion to Dismiss, it is hereby ORDERED that

*amicus curiae* Lawyers Defending American Democracy's Motion is GRANTED.

           **SO ORDERED.**

Dated:  January 22, 2026
       _____

_____
HON. JESSE M. FURMAN
United States District Judge

Amicus curiae shall file a standalone version of its brief on the docket.  Given the current status of briefing for
the Government's motion to dismiss, the Court will deny as untimely any future motions for leave to file an
amicus curiae brief filed after **January 26, 2026**.  In order to give the Government an opportunity to respond to
the arguments raised by amici curiae, the Court EXTENDS the Government's deadline to file a reply from
January 23, 2026 to **February 2, 2026**.  The Government shall incorporate its responses, if any, to the amicus
briefs in its reply, and, to that end, is granted up to 7000 words.

The Clerk of Court is directed to terminate ECF No. 43.