**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAURENE COMEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530 <br><br> and <br><br> EXECUTIVE OFFICE OF THE PRESIDENT <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500 <br><br> and <br><br> FRANCEY HAKES <br> in her official capacity as the Director of the Executive Office for United States Attorneys <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530 <br><br> and <br><br> PAMELA J. BONDI <br> in her official capacity as Attorney General of the UNITED STATES DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530 <br><br> and <br><br> EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530 <br><br> and <br><br> OFFICE OF PERSONNEL MANAGEMENT <br> 1900 E Street, NW <br> Washington, D.C, 20415 <br><br> and | Civil Action No: 25-7625 (JMF) <br><br> **CERTIFICATE OF SERVICE** |

THE UNITED STATES OF AMERICA
Washington, D.C. 20500,

                          Defendants.

1.       I am a partner at the law firm Clarick Gueron Reisbaum LLP, counsel for Plaintiff Maurene Comey.

2.       I hereby certify that, on February 26, 2026, and pursuant to the United States District Court of the Southern District of New York's Notice to the Bar on September 24, 2025 ("SDNY Announces Changes to Electronic Access to and Service of Sealed Documents"), I caused to be served by electronic mail upon all counsel of record the letter and attachment filed under seal at docket no. 51.

Dated:  February 26, 2026                                  /s/ Ellen Blain
         New York, New York                        Ellen Blain