

**Ellen Blain**

eblain@cgr-law.com

Direct: 212.633.4310

**VIA ECF**                                                    April 7, 2026

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     *Maurene Comey v. United States Department of Justice, et al.*, 25-cv-7625 (JMF)

Dear Judge Furman:

     We write respectfully on behalf of Plaintiff Maurene Comey to update the Court on a recent ruling in two cases cited by Plaintiff in her filings, *Jackler v. Dep't of Justice,* MSPB Docket No. DA-0752-25-0330-I-1 ("*Jackler*") and *Brandon Jaroch v. Dep't of Justice*, MSPB Docket No. DA-0752-25-0328-I-1 ("*Jaroch*").  *See, e.g.*, ECF No. 38, Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss ("Opposition") at 13-17.

     At the time Plaintiff filed her Opposition, these cases were pending a petition for review at the Merit System Protection Board ("MSPB").  *Id.* at 14.  On March 20, 2026, the MSPB decided the cases in a manner consistent with the Office of Legal Counsel opinion referenced in the parties' filings.  *See, e.g., id.* at 13-14.  The MSPB decision is attached hereto as Exhibit 1.

                          Respectfully submitted,

                          */s/ Ellen Blain*
                          Nicole Gueron
                          Ellen Blain
                          Deepa Vanamali
                          CLARICK GUERON REISBAUM LLP

                          Margaret Donovan
                          KOSKOFF, KOSKOFF & BIEDER PC

cc:     All counsel via ECF