

**Ellen Blain**

eblain@cgr-law.com
Direct: 212.633.4310

**VIA ECF**                                                April 17, 2026

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *Maurene Comey v. United States Department of Justice, et al.*, 25-cv-7625 (JMF)

Dear Judge Furman:

     We write respectfully on behalf of Plaintiff Maurene Comey to update the Court regarding a recent decision issued in *Comans v. Executive Office of the President et al.*, 25-cv-01237 (E.D.Va.), a case which the parties here cite extensively in the briefing on the pending motion to dismiss.[1]

     On April 15, 2026, Judge Nachmanoff in the United States District Court, Eastern District of Virginia, granted in part and denied in part the government's motion to dismiss the complaint, concluding, among other things, that because Ms. Comans was fired pursuant to Article II, jurisdiction lies in the District Court rather the Merit Systems Protection Board. The decision is attached.

     We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  */s/ Ellen Blain*
                                  Nicole Gueron
                                  Ellen Blain
                                  Deepa Vanamali

                                  Margaret Donovan
                                  KOSKOFF, KOSKOFF & BIEDER PC

cc:    All counsel via ECF

---

[1] Plaintiff previously provided this Court with the transcript of the oral argument regarding the government's motion to dismiss. ECF Nos. 49 & 51. Per this Court's February 26, 2026, Order, Plaintiff filed the transcript under seal, and Plaintiff will publicly file the transcript on this docket once it is publicly filed on the docket in the Eastern District of Virginia. ECF Nos. 50-51.