

An official website of the United States government
Here's how you know

**U.S. Merit Systems Protection Board**                                    MENU

One of the MSPB's primary statutory functions is to protect Federal merit systems against partisan political and other prohibited personnel practices by adjudicating employee appeals over which the Board has been given jurisdiction. *Learn more..*



Cited in Comer v. United States
25CV7625 Document 4/28/26
Archived information 4/15/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Visit the Information Hub for help and more information.

**Access e-Appeal**

# Latest News and Significant Actions

- Press Release: Status of the U.S. Merit Systems Protection Board During a Partial Government Shutdown (02/02/2026)

- Press Release: MSPB Officially Welcomes Member James J. Woodruff II (12/17/2025)

- Press Release: The Washington Regional Office Has Moved (11/17/2025)

- FAQ on the Lack of Quorum (11/14/2025)

- Monthly Petition for Review Data (03/02/2026)

- [Weekly Number of Cases Received in the Regional and Field Offices in Fiscal Year 2026](#) (04/27/2026)

- [Weekly Number of Cases Received in the Regional and Field Offices in Fiscal Year 2025](#) (09/29/2025)

- [Information Sheet on Reductions in Force](#) (03/11/2025)


- [Notice to Parties with a Pending Petition for Review or Case Before the Full Board Regarding Updating Contact Information](#) (updated 01/30/2024)

- [Read the New and Featured Studies Publications from MSPB](#)

- [Read the Latest in Plans, Budget & Reports](#)

- [Read the Latest Case Reports](#)

- [MSPB Shutdown Plan](#) (updated 09/29/2025)



## Merit System Principles

The Merit System Principles are nine basic standards governing the management of the executive branch workforce. The principles are part of the Civil Service Reform Act of 1978 and can be found at 5 U.S.C. § 2301(b). *Read more...*



## Keys to Managing the Federal Workforce

Featured Publication: This brief, user-friendly guide provides an introduction to the merit system principles with highlights from the history of the Federal civil service and includes examples of recommended actions to take or avoid. *Read More...*



## Prohibited Personnel Practices

Since the 1883 Pendleton Act, Congress has attempted to assure good government by enacting laws that require or prohibit certain actions by Government agencies and employees. *Read more...*

Cited in Comey v. United States, 25-CV-07625, Decided on 4/28/26. Archived on 4/30/26. This document is protected by copyright. Further reproduction is prohibited without permission.



### Adverse Actions: A Compilation of Articles

Featured Publication: This report contains a series of articles, each of which addresses one aspect of the civil service system's process for the implementation of adverse personnel actions, such as suspensions, demotions, and removals. *Read more...*

# MSPB Mission: Guardian of Federal Merit Systems

To protect the Merit System Principles and promote an effective Federal workforce free of Prohibited Personnel Practices.

Learn more...

Cited in Comey v. United States 25CV7625 Decided 4/28/26 Archived on 4/30/26 This document is protected by copyright. Further reproduction is prohibited without permission.

[Return to top](#)

**About MSPB**

**Accessibility**

**Budget and Performance**

**FOIA**

**Info Quality Standards**

**No FEAR Act**

**Office of the Inspector General**

## Privacy Program

---

## Technical Support

---

## USA.gov

---

## OSC.gov

---



# U.S. Merit Systems Protection Board

## <u>Agency Contact Center</u>

(202) 653-7200   mspb@mspb.gov

Cited in Comey v United States
25CV7625 Decided 4/28/26
Archived on 4/30/26
This document is protected by copyright.
Further reproduction is prohibited without permission.