

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0386* |
| *Albany, New York 12207-2924* | |

May 8, 2026

The Honorable Jesse M. Furman
United States District Court Judge
Daniel Patrick Moynihan United
    States Courthouse
500 Pearl Street
New York, NY 1007-1312

      Re:    *Comey v. United States Department of Justice*, No. 25 Civ. 7625 (JMF)

Dear Judge Furman:

I write to request a two-week adjournment, until May 26, 2026, of the government's time to respond to the complaint in the above-captioned matter.

On December 15, 2025, Defendants timely responded to Plaintiff's complaint by filing a motion to dismiss. (Dkt. #31). On April 28, 2026, this Court issued an opinion and order denying that motion and directing the Defendants to answer the Complaint within two weeks – i.e., by May 12. (Dkt. No. 55).

Defendants respectfully request an additional two weeks to answer Plaintiff's complaint. Although I have been working diligently in an attempt to meet this deadline, additional time is needed to coordinate with Department and agency officials and to draft a response. First, drafting the answer requires coordination with high-level Department officials who are also juggling competing and often time-sensitive demands. Second, my own schedule has not afforded sufficient time to gather information and draft a response. I was out of the office for personal and professional reasons from May 4-7. Due to AUSA staffing shortages and an increased workload as the result of immigration habeas petitions, I am personally handling a significant caseload in addition to my management and supervisory responsibilities as the Civil Chief. For example, in the last two weeks, I have drafted and filed responses to four immigration habeas petitions on expedited briefing schedules, and appeared at one hearing on a habeas petition. I am filing another habeas response and handling another habeas hearing next week.

I have consulted with counsel for Plaintiff, who responded: "We understand and appreciate the constraints, but given that this complaint has been pending since September of last year, we do not consent to the government's request for an extension of time."

Thank you for your consideration of this matter.

Letter to Hon. Jesse M. Furman
*Comey v. United States Department of Justice*
No. 25 Civ. 7625 (JMF)
May 8, 2026
Page 2

Respectfully Submitted,

TODD BLANCHE
Acting Attorney General

JOHN A SARCONE III
First Assistant United States Attorney

By:

Karen Folster Lesperance
Assistant United States Attorney
*Acting Under Authority Conferred by*
*28 U.S.C. § 515*

Application GRANTED. The May 28, 2026 conference remains in effect. The Clerk of Court is directed to terminate ECF No. 58.

SO ORDERED.

May 8, 2026