

**Ellen Blain**
eblain@cgr-law.com
Direct: 212.633.4310

**VIA ECF**                                                             May 20, 2026

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *Maurene Comey v. United States Department of Justice, et al.*, 25-cv-7625 (JMF)

Dear Judge Furman:

     We write respectfully in accordance with the Court's Order dated February 25, 2026 (ECF No. 50), to provide a copy of the February 13, 2026, hearing transcript in *Comans v. Executive Office of the President et al.*, 25-cv-01237 (E.D.Va.).  Counsel has confirmed that this transcript is now available to the public.

               Respectfully submitted,

               */s/ Ellen Blain*
               Nicole Gueron
               Ellen Blain
               Deepa Vanamali
               CLARICK GUERON REISBAUM LLP

               Margaret Donovan
               KOSKOFF, KOSKOFF & BIEDER PC

cc:    All counsel via ECF