

# Office of the Attorney General
## Washington, D. C. 20530

May 26, 2026

MEMORANDUM FOR THE DIRECTOR, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS

FROM:            THE ACTING ATTORNEY GENERAL

SUBJECT:         Removal of Assistant United States Attorney Maurene Comey

      This memorandum memorializes my decision under Article II of the U.S. Constitution and 28 U.S.C. § 542(b) to ratify and affirm your actions removing Maurene Comey from her position at the U.S. Department of Justice and from federal service on July 16, 2025.