

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0386* |
| *Albany, New York 12207-2924* | |

June 2, 2026

The Honorable Jesse M. Furman
United States District Court Judge
Daniel Patrick Moynihan United
    States Courthouse
500 Pearl Street
New York, NY 1007-1312

        Re:    *Comey v. United States Department of Justice*, No. 25 Civ. 7625 (JMF)

Dear Judge Furman:

I write to request leave to file an oversized memorandum of law, not to exceed 12,000 words, in support of Defendants' anticipated motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).  Plaintiff consents to Defendants' request and seeks the same word limit enlargement for her brief in support of her opposition and cross-motion (if any), to which Defendants consent.

Thank you for your consideration of this matter.

<div style="color:blue">
Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 65.

SO ORDERED.

June 3, 2026
</div>

                          Respectfully Submitted,

                          TODD BLANCHE
                          Acting Attorney General

                          JOHN A SARCONE III
                          First Assistant United States Attorney

By:    _____
                          Karen Folster Lesperance
                          Assistant United States Attorney
                            *Acting Under Authority Conferred by*
                            *28 U.S.C. § 515*