**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAURENE COMEY,

                Plaintiff,

      v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.

                Defendants.

Civil Action No.
1:25-cv-07625 (JMF)

Honorable Jesse M. Furman

**NOTICE OF MOTION**

Defendant hereby moves for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).  Filed herewith in support of the motion is Defendants' memorandum of law in support of their motion.

Pursuant to the Honorable Jesse M. Furman's Individual Rules and Practices at ¶ (4)(E), no appearances on the motion are required unless otherwise directed by the Court. Papers in opposition and reply are to be filed in accordance with the Civil Case Management Plan and Scheduling Order dated May 28, 2026 (Dkt. #64).

Dated: June 5, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BRETT A. SHUMATE
Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney
Northern District of New York

By:    */s/ Karen Folster Lesperance*
Karen Folster Lesperance
Assistant United States Attorney
*Acting Under Authority Conferred
by 28 U.S.C. § 515*

*Attorneys for the United States*