# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURENE COMEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>　　　　　　　Defendants. | Civil Action No.<br>1:25-cv-07625 (JMF)<br><br>Honorable Jesse M. Furman |

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to FED. R. CIV. P. 26(a)(1)(A), Defendants hereby make the following disclosures:

(i)　*The name, and if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the defendant may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:*

Defendants assert that their defenses in this action present only questions of law and that there are no issues of fact outside the pleadings that are necessary to support its defenses.  There are therefore no individuals likely to have discoverable information that Defendants may use to support its defenses.

(ii)　*A copy – or a description by category and location – of all documents, electronically stored information, and tangible things in the possession, custody or*

*control of the defendant and that the defendant may use to support its claims or defenses, excluding impeachment materials:*

- Memorandum from Francey Hakes, Director for Executive office for United States Attorneys to Maurene R. Comey dated July 16, 2025, RE: Notice of Removal from Federal Service (attached to Plaintiff's Complaint as Exhibit A).

- Memorandum from Acting Attorney General to Director, Executive Office for United States Attorneys, dated May 26, 2026, RE: Removal of Assistant United States Attorney Maurene Comey (attached to Defendants' Answer as Exhibit A).

(iii)   *a computation of each category of damages claimed by the disclosing party, and the documents or other evidentiary material on which each computation is based*:

Defendants have no disclosures to make.

(iv)   *any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:*

Defendants have no disclosures to make.

Defendants reserve the right to supplement these disclosures if necessary, as required by the Federal Rules of Civil Procedure.

2

Dated:      June 15, 2026          TODD BLANCHE
                                   Acting Attorney General

                                   BRETT A. SHUMATE
                                   Assistant Attorney General

                                   TYLER BECKER
                                   Counsel to the Assistant Attorney General

                                   JOHN A. SARCONE III
                                   First Assistant United States Attorney
                                   Northern District of New York

                          By:      */s/ Karen Folster Lesperance*
                                   Karen Folster Lesperance
                                   Assistant United States Attorney
                                        *Acting Under Authority Conferred*
                                        *by 28 U.S.C. § 515*

                                   *Attorneys for the United States*

3