**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAURENE COMEY,<br><br>                Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE;<br>EXECUTIVE OFFICE OF THE PRESIDENT;<br>FRANCEY HAKES, in her official capacity as the<br>Director of the Executive Office for United States<br>Attorneys; PAMELA J. BONDI, in her official capacity<br>as Attorney General of the United States Department of<br>Justice; EXECUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS; OFFICE OF PERSONNEL<br>MANAGEMENT; and THE UNITED STATES OF<br>AMERICA,<br><br>                Defendants. | Civil Action No: 25-cv-07625<br><br>Hon. Jesse M. Furman<br><br>ORAL ARGUMENT REQUESTED<br><br>**NOTICE OF CROSS MOTION FOR**<br>**PARTIAL JUDGMENT ON THE**<br>**PLEADINGS PURSUANT TO**<br>**F.R.C.P. 12(c)** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all prior pleadings and proceedings in this case, Plaintiff Maurene Comey, by her undersigned counsel, hereby moves this court for an Order, pursuant to Federal Rule of Civil Procedure 12(c), granting her partial judgment on the pleadings as to her First, Second, Third, Fifth, and Sixth Causes of Action.

Dated:  July 17, 2026
         New York, New York

CLARICK GUERON REISBAUM LLP

By:  */s/ Ellen Blain*_____
Nicole Gueron
Ellen Blain
Deepa Vanamali
41 Madison Avenue
New York, NY  10010
Tel: (212) 633-4310
Fax: (646) 478-9484
ngueron@cgr-law.com
eblain@cgr-law.com
dvanamali@cgr-law.com

1

KOSKOFF KOSKOFF & BIEDER, PC
Margaret M. Donovan
350 Fairfield Ave.
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com


*Attorneys for Plaintiff Maurene Comey*