

**Ellen Blain**

**eblain@cgr-law.com**
**Direct: 212.633.4310**

**VIA ECF**                                                        July 17, 2026

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Maurene Comey v. United States Department of Justice, et al.,* 25-cv-7625 (JMF)

Dear Judge Furman:

      The parties write respectfully pursuant to the Court's Order directing the parties to submit a joint letter proposing modifications to the current briefing schedule, including proposed word count limits. (*See* ECF No. 75.)

      The parties have conferred and propose as follows:

- Defendants' reply in further support of their motion for judgment on the pleadings, and in opposition to Plaintiff's motion for partial judgment on the pleadings, is due on or before August 21, 2026, and will not exceed 18,000 words.

- Plaintiff's reply in further support of her motion for partial judgment on the pleadings is due on or before September 16, 2026, and will not exceed 7,000 words.[1]

      We thank the Court for its attention to this matter.

                          Respectfully submitted,

                          */s/ Ellen Blain*
                          Nicole Gueron
                          Ellen Blain
                          Deepa Vanamali
                          CLARICK GUERON REISBAUM LLP

                          Margaret Donovan
                          KOSKOFF, KOSKOFF & BIEDER PC
                          *Counsel for Plaintiff Maurene Comey*

---

[1] Plaintiff respectfully requests this enlargement of her reply brief, from 3500 words, *see* S.D.N.Y. Local Civil Rule 7.1(c), to 7000 words, in order to properly address Defendants' arguments, and consistent with other memoranda of law in connection with this motion, which have also been approximately double the default word count.