**CLARICK
GUERON
REISBAUM**

**Ellen Blain**

eblain@cgr-law.com
Direct: 212.633.4310

**VIA ECF**                                                        July 22, 2026
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *Maurene Comey v. United States Department of Justice, et al.,* 25-cv-7625 (JMF)

Dear Judge Furman:

     We write to respectfully seek leave to submit the enclosed decision in *Comans v. Executive Officer of the President, et. al.*, No. 1:25-cv-01237 (E.D. Va.).  Defendants have no objection to this request.  As Plaintiff noted in her opposition to Defendants' motion for judgment on the pleadings and in support of Plaintiff's cross-motion for partial judgment on the pleadings, filed on July 17, 2026 (ECF No. 77 n.3), a District Court in the Eastern District of Viriginia recently issued a ruling from the bench in that matter; the written decision is now available and enclosed.

     We thank the Court for its attention.

                       Respectfully submitted,

                       */s/ Ellen Blain*
                       Nicole Gueron
                       Ellen Blain
                       Deepa Vanamali
                       CLARICK GUERON REISBAUM LLP

                       Margaret Donovan
                       KOSKOFF, KOSKOFF & BIEDER PC

                       *Counsel for Plaintiff Maurene Comey*