**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAURENE COMEY,<br>*Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE, *et al*.,<br>*Defendants*. | Case No. 1:25-cv-97625 (JMF)<br>Honorable Jesse M. Furman |

**[PROPOSED] ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file its proposed *amicus curiae* brief in support of Plaintiffs' Opposition to Defendant's Motion for Judgment on the Pleadings and Cross-Motion for Partial Judgment on the Pleadings, it is hereby

ORDERED that the motion is GRANTED.

Dated: ______________

________________________________
HON. JESSE M. FURMAN
United States District Judge