**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAURENE COMEY,<br>             *Plaintiff*,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE, *et al*.,<br><br>             *Defendants*. | 7625<br>Case No. 1:25-cv-~~97625~~ (JMF)<br><br>Honorable Jesse M. Furman |

**[~~PROPOSED~~] ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file

its proposed *amicus curiae* brief in support of Plaintiffs' Opposition to Defendant's Motion for

Judgment on the Pleadings and Cross-Motion for Partial Judgment on the Pleadings, it is hereby

ORDERED that the motion is GRANTED. The Clerk of Court is directed to terminate ECF No. 81.

Dated: July 24, 2026

_____
HON. JESSE M. FURMAN
United States District Judge