**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAURENE COMEY,<br>*Plaintiff,*<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br>*Defendants* | Civil Action No: 25-cv-07625<br><br>Honorable Jesse M. Furman |

**[PROPOSED] ORDER**

Upon consideration of the motion of Lawyers Defending American Democracy for leave to file its proposed amicus curiae brief in support of Plaintiffs' Opposition to Defendant's Motion for Judgment on the Pleadings and Cross-Motion for Partial Judgment on the Pleadings, it is hereby

ORDERED that the motion is GRANTED.

Dated: ______________

______________________________
HON. JESSE M. FURMAN
United States District Judge