UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

MAURENE COMEY,

*Plaintiff,*

v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

*Defendants*

Civil Action No: 25-cv-07625

Honorable Jesse M. Furman

**[PROPOSED] ORDER**

Upon consideration of the motion of Lawyers Defending American Democracy  for leave to file

its proposed amicus curiae brief in support of Plaintiffs' Opposition to Defendant's Motion for

Judgment on the Pleadings and Cross-Motion for Partial Judgment on the Pleadings, it is hereby

ORDERED that the motion is GRANTED.  The Clerk of Court is directed to terminate ECF No. 83.

Dated:  August 3, 2026
_____

_____

HON. JESSE M. FURMAN
United States District Judge