UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURENE COMEY,

Plaintiff,

-v-

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

25-CV-7625 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The parties shall appear for oral argument on the cross-motions for judgment on the pleadings in **Courtroom 24B** of the **Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street** on **September 18, 2026**, at **11:00 a.m.**

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge