UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

MAURENE COMEY,

Plaintiff,

-v-

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

---------------------------------------------------------------------- X

25-CV-7625 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On June 12, 2026, Defendants filed a letter-motion for a stay of discovery pending resolution of their motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 26(c). *See* ECF No. 69. On June 24, 2026, after Plaintiff had responded, *see* ECF No. 70, the Court issued an order that "reserve[d] judgment on the motion to stay discovery pending, at a minimum, Plaintiff's opposition to the motion for judgment on the pleadings." ECF No. 71. Since then, Plaintiff has filed her opposition and a cross-motion for partial judgment on the pleadings, *see* ECF Nos. 76, 77, and Defendants have filed a reply in support of their motion and in opposition to Plaintiff's cross-motion, *see* ECF No. 87.

Upon review of the parties' submissions, Defendants' motion to stay is DENIED, largely for the reasons stated in Plaintiff's opposition. *See* ECF No. 70. More specifically, the Court finds that the specific discovery sought by Plaintiff is relatively targeted and that any burdens associated with that discovery can be addressed and mitigated through the Court's traditional discovery management toolkit. And while the Court reserves judgment on the pending motions for judgment on the pleadings pending completion of the briefing and oral argument, it appears likely that at least some of Plaintiff's claims will survive the parties' cross-motions and require discovery to resolve. For these reasons, Defendants' motion to stay discovery is denied.

The Clerk of Court is directed to terminate ECF No. 69.

SO ORDERED.

Dated: August 25, 2026
New York, New York

JESSE M. FURMAN
United States District Judge