CLARICK GUERON REISBAUM

Ellen Blain
eblain@cgr-law.com
Direct: 212.633.4310

**VIA ECF**

October 13, 2026

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Maurene Comey v. United States Department of Justice, et al.,* 25-cv-7625 (JMF)

Dear Judge Furman:

We write to respectfully request that the Court endorse the proposed protective and privacy act order filed simultaneously herewith ("Proposed Order"), and to respectfully request an extension of the discovery deadline, from October 15, 2026, to January 15, 2027. Defendants consent to these requests.

Since the parties' last report to the Court, the parties have agreed on the Proposed Order, produced documents not subject to the Proposed Order, and gathered documents for production upon entry of the Proposed Order. In addition, the parties have exchanged letters and met and conferred regarding privilege objections, and Plaintiff has served (and Defendants agreed to accept) deposition notices.[1] Entry of the Proposed Order will allow the parties to produce the documents that have been gathered but not produced pending its entry.

Now that the parties have met and conferred regarding privilege objections, the parties are preparing letter motions concerning Defendants' blanket assertions of privilege—namely, Defendants' claim that any potentially responsive documents within the Office of the Attorney General and the Executive Office of the President are privileged. The parties will file such letter motions promptly.

In light of the document discovery dispute and the possibility that a decision concerning the pending cross motions for judgment on the pleadings will impact the scope of the discovery, and in order to permit the parties to produce documents subject to the Proposed Order and

[1] Defendants have been slow to engage in discovery. Specifically, on September 1, the parties met and conferred concerning the parties' privilege objections; counsel for Defendants requested that the parties continue discussions after Labor Day. Accordingly, on September 8, Plaintiff's counsel provided a letter outlining privilege concerns and asked to continue to meet and confer; Defendants did not make themselves available until October 8. The next day, October 9, Defendants finally responded to Plaintiff's September 8 letter. Similarly, regarding depositions, on September 11, Plaintiff served deposition notices and asked if Defendants would accept service for former DOJ employees; on October 9, Defendants responded and agreed to contact former employees to determine if DOJ can accept service on their behalf.

conduct depositions, the parties respectfully request an extension of time to conduct and complete discovery, from October 15, 2026, to January 15, 2027.

We thank the Court for its attention to these matters.[2]

Respectfully submitted,

*/s/ Ellen Blain*________________
Nicole Gueron
Ellen Blain
Deepa Vanamali
CLARICK GUERON REISBAUM LLP

Margaret Donovan
KOSKOFF, KOSKOFF & BIEDER PC

*Counsel for Plaintiff Maurene Comey*

Application GRANTED. The discovery deadline is hereby extended to **January 15, 2027**. In light of that, the pretrial conference scheduled for October 21, 2026 is ADJOURNED to **January 26, 2027, at 3:00 p.m.** The Clerk of Court is directed to terminate ECF No. 92.

SO ORDERED.

October 14, 2026

[2] We apologize for the delay in submitting this letter; the ECF system has been inoperable most of the day.