CLARICK GUERON REISBAUM

Ellen Blain
eblain@cgr-law.com
Direct: 212.633.4310

**VIA ECF**

November 6, 2026

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Maurene Comey v. United States Department of Justice, et al.*, 25-cv-7625 (JMF)

Dear Judge Furman:

We write respectfully in response to the Court's Opinion and Order, dated October 26, 2026 (ECF No. 96), granting plaintiff's motion for partial judgment on the pleadings as to Counts One, Two, Five, and Six; denying plaintiff's motion as to Count Three; granting defendants' motion for judgment on the pleadings as to Count Three; dismissing Counts Six, Eight, Nine, and Ten; and directing plaintiff to show cause by November 9, 2026, why her First Amendment Claim (Count Four) should not be dismissed. For the reasons set forth below, we respectfully request an 11-day extension of time, from November 9 to November 20, to respond to the Court's order to show cause.

Specifically, on October 30, plaintiff proposed to defendants a possible procedural resolution regarding Count Four; counsel for defendants responded on Thursday, November 5 (due in part to out of office obligations); plaintiff proposed another option on Friday, November 6; and defendants responded later that day, again rejecting the proposal. Accordingly, it now appears that the parties have reached an impasse regarding how to proceed on Count Four and the parties must bring the dispute to the Court. In order to provide the Court with sufficiently comprehensive briefing, plaintiff respectfully requests an extension of time, from November 9 to November 20, to respond to the Court's Order. Counsel for defendants consents to this request.

We thank the Court for its attention to these matters.

Respectfully submitted,

*/s/ Ellen Blain*
Nicole Gueron
Ellen Blain
Deepa Vanamali
CLARICK GUERON REISBAUM LLP

Margaret Donovan
KOSKOFF, KOSKOFF & BIEDER PC

*Counsel for Plaintiff Maurene Comey*